# Court of Appeals
## Tenth Appellate District of Texas

10-25-00297-CR
10-25-00298-CR
10-25-00299-CR
10-25-00300-CR

In re Jeremy Vance Wickman

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Jeremy Vance Wickman filed an application for a writ of habeas corpus.[1] The applications were filed as original proceedings in this Court contending that Jeremy Vance Wickman is being illegally confined and unlawfully restrained in Navarro County, Texas in four separate cause numbers.

Original jurisdiction to issue a writ of habeas corpus in a criminal proceeding is limited to the Texas Court of Criminal Appeals, the district

---

[1] Wickman filed a previous application with this Court on August 15, 2025, alleging the same facts, which was dismissed on August 18, 2025. *See In re Wickman*, No. 10-25-00269-CR, 2025 WL 2399598, 2025 Tex. App. LEXIS 6326 (Tex. App.—Waco Aug. 18, 2025, no pet. h.). Wickman's wife and father have filed similar petitions on Wickman's behalf.

courts, and the county courts. *See* TEX. CODE CRIM. PROC. art. 11.05. In the application, Wickman does not allege that he has filed a petition for a writ of habeas corpus in the trial court from which he is attempting to appeal. Because he is seeking direct relief from this Court, we lack jurisdiction in this proceeding. *See Ex parte Twyman*, 716 S.W.2d 951, 952 (Tex. Crim. App. 1986).

The petitions for writ of habeas corpus filed by Jeremy Vance Wickman on August 26, 2025, are dismissed for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: August 28, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Dismissed
Do not publish
OT06

